IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOLD'S GYM LICENSING LLC,<br><br>    Plaintiff,<br><br>v.<br><br>3D ORIGINAL DESIGN STORE STORE, et al.,<br><br>    Defendants. | Case No. 19-cv-05744<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sunil R. Harjani** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gold's Gym Licensing LLC's ("Gold's Gym" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| MichaelMija Store | 19 |
| YuanBo Store | 183 |

Dated this 8th day of November 2019.       Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Gold's Gym Licensing LLC*