IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOLD'S GYM LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>3D ORIGINAL DESIGN STORE STORE, et al.,<br><br>Defendants. | Case No. 19-cv-05744<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sunil R. Harjani** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on November 26, 2019 [57] in favor of Plaintiff Gold's Gym Licensing LLC ("Plaintiff" or "Gold's Gym") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit GOLD'S GYM Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Prosoonhua | 24 |
| Bluskyer Store | 49 |
| France's highway Store | 68 |
| GEHT Store | 71 |
| GIGANTEGYM Store | 72 |
| Gym Beast Store | 75 |
| KORKSLORES VEHICROSS Store | 96 |
| WorldFirst Store | 142 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 20th day of December 2019.    Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Gold's Gym Licensing LLC*